**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CAROL VAUGHN** **PLAINTIFF**

**v.** **CAUSE NO. 1:24-CV-108-SA-RP**

**OKTIBBEHA COUNTY, MISSISSIPPI;**
**DELOIS FARMER; and JOHELEN WALKER** **DEFENDANTS**

**NOTICE OF DEPOSITION**

TO: All Counsel of Record:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and applicable provisions of those rules, at the time and place set forth herein, the undersigned, attorney of record for Defendants, Oktibbeha County, Mississippi, and Delois Farmer, will take the oral deposition before a notary public or other officer authorized by law to administer oaths:

NAME: Carol Vaughn

DATE: Tuesday, October 29, 2024

TIME: 10:00 a.m.

PLACE: Waide & Associates, P.A.
332 North Spring St.
Tupelo, MS 38804

The oral examination shall continue from day to day until completed. You are notified to appear and take part in the examination as you deem proper.

**RESPECTFULLY SUBMITTED** this the 27th day of August, 2024.

**JACKS GRIFFITH LUCIANO, P.A.**

By: ***/s/ Mary McKay Griffith***
Daniel J. Griffith, MS Bar No. 8366
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Defendants Oktibbeha County, MS, and Delois Farmer

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
Fax No. (662) 843-6176
Email: dgriffith@jlpalaw.com
mgriffith@jlpalaw.com

**CERTIFICATE OF SERVICE**

I, Mary McKay Griffith, attorney for Defendants, do hereby certify that on this day, I filed the foregoing ***Notice of Deposition*** with the Clerk of the Court via ECF filing system, to the following counsel of record:

Jim D. Waide, III, Esq.
Yance A. Falkner, Esq.
Waide & Associates, P.A.
Email: waide@waidelaw.com
yfalkner@waidelaw.com
**Attorneys for Plaintiff**

Robert J. Dambrino III, Esq.
Gore, Kilpatrick & Dambrino PLLC
Email: rdambrino@gorekilpatrick.com
**Attorney for JoHelen Walker**

This, the 27th day of August, 2024.

By: */s/ Mary McKay Griffith*
Mary McKay Griffith