IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CAROL VAUGHN PLAINTIFF

V. CIVIL ACTION NO. 1:24-CV-108-SA-RP

OKTIBBEHA COUNTY, MISSISSIPPI
and JOHELEN WALKER DEFENDANTS

ORDER OF DISMISSAL WITH PREJUDICE

The Court previously dismissed the Plaintiff's claims *without prejudice* via an Order [148] dated March 19, 2026. Now the Court has been advised that all claims have been fully resolved and compromised, and the parties desire for all claims to be dismissed *with prejudice*. The Court hereby dismisses all claims *with prejudice*, with each party to bear their respective costs.

This the 10th day of April, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE